**AFFIRM; and Opinion Filed November 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00089-CR
No. 05-15-00090-CR

**DEREK LYNN JEFFERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-16488-R, F14-75920-R**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Schenck
Opinion by Justice Lang-Miers

Derek Lynn Jeffery waived a jury and pleaded guilty to indecency with a child and failure to register as a sex offender. *See* TEX. PENAL CODE ANN. § 21.11(a)(2) (West 2011); TEX. CODE CRIM. PROC. ANN. art. 62.102(a) (West Supp. 2015). The trial court sentenced appellant to eight years' imprisonment on the indecency with a child and two years' confinement in a state jail on the failure to register as a sex offender. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150089F.U05

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEREK LYNN JEFFERY, Appellant

No. 05-15-00089-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the  265th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F14-16488-R).
Opinion delivered by Justice Lang-Miers,
Justices Bridges and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 30, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DEREK LYNN JEFFERY, Appellant

No. 05-15-00090-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District Court of Dallas County, Texas (Tr.Ct.No. F14-75920-R).
Opinion delivered by Justice Lang-Miers, Justices Bridges and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 30, 2015.